IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 4:21-cr-045 |
| v. ) | |
| ) | RESISTANCE TO MOTION |
| ALEXANDER JOSEPH MERCER, Sr., ) | FOR DETENTION HEARING |
| ) | |
| Defendant. ) | |

The United States submits the following in resistance to defendant's Motion for a Detention Hearing:

1. Defendant is charged in this District with being a prohibited person in possession of a firearm.

2. Defendant was arrested in the Southern District of Ohio and was ordered detained by a United States Magistrate Judge, following a detention hearing under 18 U.S.C. § 3142(f).

3. Defendant incorrectly contends that he is entitled to another detention hearing in this District.

4. To the extent that defendant is seeking review of the detention order entered in the Southern District of Iowa, the proper procedure is to appeal the order to the District Judge in this District under 18 U.S.C. § 3145(b). *See also* Local Criminal Rule 5(b).

5. To the extent that defendant is seeking to reopen his detention hearing, he has not attempted to satisfy his burden of identifying new information, not known

1

to him at the time of the original hearing, "that has a material bearing" on the issue of detention.  18 U.S.C. § 3142(f).

    WHEREFORE defendant's Motion for a Detention Hearing should be denied.

                            Respectfully submitted,

                            Richard D. Westphal
                            Acting United States Attorney

                   By:  */s/ D. Scorpiniti*
                            Debra L. Scorpiniti
                            Assistant United States Attorney
                            110 East Court Avenue, Suite 286
                            Des Moines, IA 50309
                            Tel: 515.473.9300
                            Fax: 515.473.9292
                            Email: debra.scorpiniti@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

_____U.S. Mail  _____ Fax  _____Hand Delivery

__X__ECF/Electronic filing  _____Other means

UNITED STATES ATTORNEY
By: */s/ D. Scorpiniti*