IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| STATE OF IOWA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>ALEXANDER JOSEPH MERCER, SR.,<br><br>　　　Defendant. | Criminal No. 4:21-cr-045<br><br><br><br><br>**REPLY TO RESISTANCE TO MOTION FOR DETENTION HEARING** |

　　　The defendant respectfully submits the following reply to the Government's Resistance to his Motion for a Detention Hearing:

　　　1.　　The Defendant was previously ordered detained following a Detention Hearing in the Southern District of Ohio prior to extradition to this District.

　　　2.　　However, the Southern District of Ohio is not a court having "original jurisdiction" over this offense. Therefore, the defendant is entitled to file for amendment of the conditions of order in the Southern District of Iowa under 18 U.S.C. § 3145(b), as this is the Court having original jurisdiction of this offense. This is a motion distinct from the Appeal of a Detention Order specified in § 3145(c) and referenced by the Government in its Resistance. Under § 3145(b) the defendant is statutorily entitled to such review, which can be by a magistrate judge.

　　　3.　　Furthermore, on May 25 the Southern District of Iowa Probation Office recommended the defendant be released, with certain conditions to ensure his appearance and the safety of the community. That recommendation occurred even after detention in Ohio, which has a material bearing on this motion. See Docket No. 14.

　　　4.　　The defendant respectfully asks the Court to set this matter for a hearing, whether it be styled a "Detention Hearing", or otherwise, as he is entitled to review under § 3145(b).

WHEREFORE, defendant respectfully requests that the Court set this matter for a hearing to review the detention order previously entered, and that after said hearing it modify the detention order to allow for the defendant's release.

        STOWERS & SARCONE PLC
        West Glen Town Center
        650 South Prairie View Drive, Suite 130
        West Des Moines, IA  50266
        Telephone:  (515) 224-7446
        Fax:  (515) 225-6215
        Email: peter@stowerssarcone.com

        By:/s/ Peter Ickes_____
            Peter Ickes, AT0014168
            Attorney for Defendant,
            Alexander Mercer